UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM EDWARD ROGERS,

Plaintiff,

v.

KATHERINE LESTER, et al.,

Defendants.

No. 2:22-cv-00914-TLN-AC

**ORDER**

Plaintiff is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 24, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 39.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 41.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 24, 2023, (ECF No. 39), are adopted in full; and

2. This case is DISMISSED for failure to prosecute in light of Plaintiff's refusal to comply with Court orders and submit entrance of a case schedule.

**DATED: February 7, 2023**

Troy L. Nunley
United States District Judge