# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KIM EDWARD ROGERS,**

CASE NO: **2:22–CV–00914–TLN–AC**

v.

**KATHERINE LESTER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/07/2023**

**Keith Holland**
Clerk of Court

ENTERED: **February 8, 2023**

by: /s/ E. Rodriguez
Deputy Clerk