Kim Edward Rogers, *Party in Real Interest*
P.O. Box 245327
Sacramento, CA  95824

Pro Se

FILED
AUG 1 2 2024
CLERK
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim Edward Rogers, | No. 2:22-cv-0914-TLN-AC |
| Plaintiff, | Notice of Motion and Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12 (c) |
| v. | |
| COUNTY OF SACRAMENTO; CITY OF SACRAMENTO; KATHERINE LESTER, | |
| Et al. | Hearing Date: September 19, 2024 |
| | Time:  2:00 p.m. |
| Defendant(s). | Courtroom: 2, 15th Floor |
| | Honorable: Troy L. Nunley |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on September 19, 2024 at 2:00 p.m., or as soon thereafter as the matter can be heard, in the above-entitled Court, located at 501 I Street in Sacramento, California, Plaintiff Kim Edward Rogers in this action will appear and move the Court, for a Motion for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12 (c).

This motion is based on this Notice, and the Memorandum of Points and Authorities attached, and on such other evidence that may be presented at the hearing and subject to judicial notice on this motion.

1

## I. DECLARATION

I, Kim Edward Rogers, declare under penalty of perjury that the information supplied in the Notice of Motion is true and correct to the best of my knowledge, information and belief.

Dated: <u>August 12, 2024</u>

Printed Name: Kim Edward Rogers, Pro Se

Signature: *Rogers, Kim Edward*

...

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Motion and Motion for Judgment on the Pleadings pursuant to Federal Civil Rule of Civil Procedure 12 (c) has been served upon all parties represented counsel on August 12, 2024, by Kim Edward Rogers in Sacramento, California, to the following addresses:

LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA  95825

Attorneys for Defendant, County of Sacramento

City of Sacramento Attorney
Alicia Alcala Wood
915 I Street, 4th Floor
Sacramento, CA  95814

Attorney for Defendants, City of Sacramento and Katherine Lester

Dated: August 12, 2024

Printed Name: Kim Edward Rogers, Pro Se

Signature: *Rogers, Kim Edward*